**VOTER VERIFIED, INC.,**
**Plaintiff-Appellant**

v.

**PREMIER ELECTION SOLUTIONS, INC., a Delaware Corporation, Diebold, Incorporated, an Ohio Corporation, Election Systems & Software, Inc., a Delaware Corporation, Defendants-Appellees**

**2016-2272**
**2016-2273**

United States Court of Appeals, Federal Circuit.

March 20, 2017

Anthony Italo Provitola, DeLand, FL, argued for plaintiff-appellant.

Robert M. Evans, Jr., Senniger Powers LLP, St. Louis, MO, argued for defendants-appellees. Also represented by Kyle G. Gottuso, Marc Wade Vander Tuig.

(Prost, Chief Judge, Clevenger and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**